FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM

NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020

RECEIVED NYSCEF: 01/10/2020

*Served on*
*Richard*
*Kentner*
*1/17/20*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

--------------------------------------------------------X

BRIDGET MONDELLI,

                      Plaintiff,

  - against –

WALMART STORES, INC. a/k/a WALMART
CORP., MIDDLETOWN 1 RESOURCES L.P.
nd NATIONAL REALTY & DEVELOPMENT
CORP.,

                    Defendants.

--------------------------------------------------------X

**SUMMONS**

Index No:
Date Filed:

Plaintiff designates Orange
County as place of trial.

The basis of the venue
is location of accident

TO THE ABOVE NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED to answer the Complaint of the Plaintiff, copy of

which is served upon you and to serve copies of your Answer on the undersigned attorneys for the

Plaintiff within 20 days after the service of this Summons and Complaint, exclusive of the day of

service (or within 30 days after the service is complete if this Summons is not personally delivered

to you within the State of New York); and in case of your failure to answer the Complaint of the

Plaintiff, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: January 9 , 2020
     New Windsor, NY

                              NOREEN CALDERIN, ESQ.
                              FORRESTER & CALDERIN PLLC
                              Attorneys for Plaintiff
                              3262 Route 9W
                              New Windsor, NY 12553

TO:    Walmart Stores, Inc. a/k/a
        Walmart Corp.
        702 Southwest 8th Street
        Bentonville, Arkansas 72716

        Middletown 1 Resources, L.P.
        3 Manhattanville Road
        Purchase, NY 10577

        National Realty & Development Corp.
        3 Manhattanville Road
        Purchase, NY 10577

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020
RECEIVED NYSCEF: 01/10/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
------------------------------------------------------X
BRIDGET MONDELLI,

                       Plaintiff,

   -  against –

WALMART STORES, INC., a/k/a WALMART
CORP., MIDDLETOWN 1 RESOURCES L.P.,
And NATIONAL REALTY & DEVELOPMENT
CORP.,

                     Defendants.
------------------------------------------------------X

**VERIFIED
COMPLAINT**

Index No:

Plaintiff, BRIDGET MONDELLI, by her attorneys, FORRESTER & CALDERIN PLLC, complaining of the Defendants WALMART STORES, INC., a/k/a WALMART CORP., MIDDLETOWN 1 RESOURCES L.P. and NATIONAL REALTY & DEVELOPMENT CORP., respectfully alleges and shows to this Court as follows:

1.     At all times hereinafter mentioned, the Plaintiff was and is a resident of Orange County.

2.     Upon information and belief, at all times hereinafter, the Defendant, WALMART STORES, INC., a/k/a WALMART CORP.,  was a foreign corporation authorized to do business in the State of New York with a principle place of business located at 470 NY-211E, Middletown, New York 10940 and corporate address of 702 Southwest 8th Street, Bentonville, Arkansas 72716.

3.     Upon information and belief, at all times hereinafter, the Defendant WALMART STORES, INC., a/k/a WALMART CORP. was and is a domestic limited liability company authorized to do business in the State of New York within the County of Orange with a principle place of business located at 470 NY-211E, Middletown, New York 10940.

4.     Upon information and belief, at all times hereinafter, the Defendant, MIDDLETOWN 1 RESOURCES L.P. was and is a domestic limited liability company authorized to do business in the State of New York within the County of Orange with a principle place of business located at 2 Manhattanville Road, Purchase, NY 10577.

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020
RECEIVED NYSCEF: 01/10/2020

5.      Upon information and belief, at all times hereinafter, the Defendant, NATIONAL

REALTY & DEVELOPMENT CORP., was and is a domestic limited liability company authorized

to do business in the State of New York within the County of Orange with a principle place of

business located at 2 Manhattanville Road, Purchase, NY 10577.

6.      Upon information and belief, at all times pertinent hereto, the Defendant

WALMART STORES, INC., a/k/a WALMART CORP., owned, managed, maintained, controlled

and inspected the premises located at 470 NY-211E, County of Orange, State of New York.

7.      Upon information and belief, at all times hereinafter, the Defendant WALMART

STORES, INC., a/k/a WALMART CORP., had the care and control of the parking lot in and

around the premises located at 470 NY-211E, Middletown, County of Orange, State of New York.

8.      Upon information and belief, at all times hereinafter, it was the duty of the

Defendant, WALMART STORES, INC., a/k/a WALMART CORP., its agents, servants and/or

employees to maintain the premises and parking lot, etc. in and around the aforesaid premises.

9.      Upon information and belief, at all times pertinent hereto, the Defendant

MIDDLETOWN 1 RESOURCES, L.P., owned, managed, maintained, controlled and inspected the

premises located at 470 NY-211E, County of Orange, State of New York.

10.      Upon information and belief, at all times hereinafter, the Defendant

MIDDLETOWN 1 RESOURCES, L.P., had the care and control of the parking lot in and around

the premises located at 470 NY-211E, Middletown, County of Orange, State of New York.

11.      Upon information and belief, at all times hereinafter, it was the duty of the

Defendant, MIDDLETOWN 1 RESOURCES, L.P., its agents, servants and/or employees to

maintain the premises and parking lot, etc. in and around the aforesaid premises.

12.      Upon information and belief, at all times pertinent hereto, the Defendant

NATIONAL REALTY & DEVELOPMENT CORP., owned, managed, maintained, controlled and

inspected the premises located at 470 NY-211E, County of Orange, State of New York.

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020
RECEIVED NYSCEF: 01/10/2020

13.     Upon information and belief, at all times hereinafter, the Defendant NATIONAL REALTY & DEVELOPMENT CORP., had the care and control of the parking lot in and around the premises located at 470 NY-211E, Middletown, County of Orange, State of New York.

14.     Upon information and belief, at all times hereinafter, it was the duty of the Defendant, NATIONAL REALTY & DEVELOPMENT CORP., its agents, servants and/or employees to maintain the premises and parking lot, etc. in and around the aforesaid premises.

15.     At all times hereinafter, the Plaintiff, BRIDGET MONDELLI, was lawfully on the premises of 470 NY-211E, Middletown, County of Orange, State of New York.

16.     At all times hereinafter mentioned, the parking lot at the aforementioned location was the site of the within accident.

17.     On December 28, 2017, the Plaintiff slipped and fell at the business located at the aforementioned location on a dangerous condition causing her to fall to the ground and sustain severe and personal injuries.

18.     The Defendants, their agents, servants, and/or employees were negligent, wanton reckless and careless, among other things by disregarding their duties, negligently and carelessly permitted the parking lot of the aforesaid premises to fall become and remain in an unsafe and dangerous condition, and maintained it improperly and dangerously; in allowing and permitting a falling hazard to exist at the aforesaid premises; in failing to correct and/or remedy the aforesaid conditions; in failing to inspect the aforesaid premises; in improperly and negligently maintaining, inspecting and/or repairing the aforementioned premises; in allowing the premises to remain in a dangerous and unsafe condition to persons legally upon same; in failing to observe that degree of caution, prudence and care which was reasonable and proper so as to avoid the contingency which occurred herein; in failing to warn the public, and plaintiff in particular, of the dangerous conditions that existed; in failing to properly remove the ice; in failing to use proper signage; in having no signs; in failing to correct and/or remedy the aforesaid condition; failing to take any measures to

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020
RECEIVED NYSCEF: 01/10/2020

prevent ice and ice accumulation and/or thaw and refreeze; and in other ways were negligent,

wanton and reckless.

19.    By reason of the fully described negligence of the Defendants, the Plaintiff was

severely and permanently injured which render her sick, sore and labeled disabled. The Plaintiff

continues to suffer grievous pain and injuries that will continue to suffer.

20.    By reason of the foregoing the Plaintiff has damages in a sum which exceeds the

jurisdictional limitations of all lower courts of the State of New York.

WHEREFORE, Plaintiff prays that they be awarded a judgment against Defendants, in an

amount to be determined by a jury; together with the costs and disbursements of this action, and for

such other and further relief as to this Court may deem just and proper.

Dated: January 9, 2020
       New Windsor, New York

NOREEN CALDERIN, ESQ.
Forrester & Calderin PLLC
3262 Route 9W
New Windsor, New York 12553
(845) 562-7570

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020
RECEIVED NYSCEF: 01/10/2020

## VERIFICATION

STATE OF NEW YORK   )
                              )
COUNTY OF ORANGE   )

BRIDGET MONDELLI, being duly sworn, deposes and says:

That I am the  Plaintiff in the within action; that I have read the annexed Summons and Verified Complaint and know the contents thereof; that the same is true to my own knowledge, except to those allegations which are stated upon information and belief, and as to those matters, I believe them to be true.

*Bridget Mondelli*

BRIDGET MONDELLI

Sworn to before me this
_____ day of January, 2020

_____
Notary Public

ELIZABETH A. SIEGEL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 5008006
Qualified in Ulster County
Commission Expires 02/18/20 23

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE

------------------------------------------------------X

BRIDGET MONDELLI,

Plaintiff,

- against –

WALMART STORES, INC. a/k/a WALMART
CORP., MIDDLETOWN 1 RESOURCES L.P.
nd NATIONAL REALTY & DEVELOPMENT
CORP.,

Defendants.

------------------------------------------------------X

**SUMMONS**

*Served on*
*Richard Fischer*
*1/17/20*

Index No:
Date Filed:

Plaintiff designates Orange
County as place of trial.

The basis of the venue
is location of accident

TO THE ABOVE NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the Complaint of the Plaintiff, copy of

which is served upon you and to serve copies of your Answer on the undersigned attorneys for the

Plaintiff within 20 days after the service of this Summons and Complaint, exclusive of the day of

service (or within 30 days after the service is complete if this Summons is not personally delivered

to you within the State of New York); and in case of your failure to answer the Complaint of the

Plaintiff, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: January 9 , 2020
New Windsor, NY

NOREEN CALDERIN, ESQ.
FORRESTER & CALDERIN PLLC
Attorneys for Plaintiff
3262 Route 9W
New Windsor, NY 12553

TO:   Walmart Stores, Inc. a/k/a
      Walmart Corp.
      702 Southwest 8th Street
      Bentonville, Arkansas 72716

      Middletown 1 Resources, L.P.
      3 Manhattanville Road
      Purchase, NY 10577

      National Realty & Development Corp.
      3 Manhattanville Road
      Purchase, NY 10577

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM INDEX NO. EF000262-2020

NYSCEF DOC. NO. 1                                                           RECEIVED NYSCEF: 01/10/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ORANGE
--------------------------------------------------------X
BRIDGET MONDELLI,

                      Plaintiff,

    -  against –

WALMART STORES, INC., a/k/a WALMART
CORP., MIDDLETOWN 1 RESOURCES L.P.,
And NATIONAL REALTY & DEVELOPMENT
CORP.,

                      Defendants.
--------------------------------------------------------X

**VERIFIED
COMPLAINT**

Index No:

       Plaintiff, BRIDGET MONDELLI, by her attorneys, FORRESTER & CALDERIN PLLC,

complaining of the Defendants WALMART STORES, INC., a/k/a WALMART CORP.,

MIDDLETOWN 1 RESOURCES L.P. and NATIONAL REALTY & DEVELOPMENT CORP.,

respectfully alleges and shows to this Court as follows:

       1.     At all times hereinafter mentioned, the Plaintiff was and is a resident of Orange

County.

       2.     Upon information and belief, at all times hereinafter, the Defendant, WALMART

STORES, INC., a/k/a WALMART CORP., was a foreign corporation authorized to do business in

the State of New York with a principle place of business located at 470 NY-211E, Middletown,

New York 10940 and corporate address of 702 Southwest 8th Street, Bentonville, Arkansas 72716.

       3.     Upon information and belief, at all times hereinafter, the Defendant WALMART

STORES, INC., a/k/a WALMART CORP. was and is a domestic limited liability company

authorized to do business in the State of New York within the County of Orange with a principle

place of business located at 470 NY-211E, Middletown, New York 10940.

       4.     Upon information and belief, at all times hereinafter, the Defendant,

MIDDLETOWN 1 RESOURCES L.P. was and is a domestic limited liability company authorized

to do business in the State of New York within the County of Orange with a principle place of

business located at 2 Manhattanville Road, Purchase, NY 10577.

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM   INDEX NO. EF000262-2020
NYSCEF DOC. NO. 1                                           RECEIVED NYSCEF: 01/10/2020

5.      Upon information and belief, at all times hereinafter, the Defendant, NATIONAL

REALTY & DEVELOPMENT CORP., was and is a domestic limited liability company authorized

to do business in the State of New York within the County of Orange with a principle place of

business located at 2 Manhattanville Road, Purchase, NY 10577.

6.      Upon information and belief, at all times pertinent hereto, the Defendant

WALMART STORES, INC., a/k/a WALMART CORP., owned, managed, maintained, controlled

and inspected the premises located at 470 NY-211E, County of Orange, State of New York.

7.      Upon information and belief, at all times hereinafter, the Defendant WALMART

STORES, INC., a/k/a WALMART CORP., had the care and control of the parking lot in and

around the premises located at 470 NY-211E, Middletown, County of Orange, State of New York.

8.      Upon information and belief, at all times hereinafter, it was the duty of the

Defendant, WALMART STORES, INC., a/k/a WALMART CORP., its agents, servants and/or

employees to maintain the premises and parking lot, etc. in and around the aforesaid premises.

9.      Upon information and belief, at all times pertinent hereto, the Defendant

MIDDLETOWN 1 RESOURCES, L.P., owned, managed, maintained, controlled and inspected the

premises located at 470 NY-211E, County of Orange, State of New York.

10.     Upon information and belief, at all times hereinafter, the Defendant

MIDDLETOWN 1 RESOURCES, L.P. , had the care and control of the parking lot in and around

the premises located at 470 NY-211E, Middletown, County of Orange, State of New York.

11.     Upon information and belief, at all times hereinafter, it was the duty of the

Defendant, MIDDLETOWN 1 RESOURCES, L.P., its agents, servants and/or employees to

maintain the premises and parking lot, etc. in and around the aforesaid premises.

12.     Upon information and belief, at all times pertinent hereto, the Defendant

NATIONAL REALTY & DEVELOPMENT CORP., owned, managed, maintained, controlled and

inspected the premises located at 470 NY-211E, County of Orange, State of New York.

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
INDEX NO. EF000262-2020

NYSCEF DOC. NO. 1                                                        RECEIVED NYSCEF: 01/10/2020

13.   Upon information and belief, at all times hereinafter, the Defendant NATIONAL

REALTY & DEVELOPMENT CORP., had the care and control of the parking lot in and around

the premises located at 470 NY-211E, Middletown, County of Orange, State of New York.

14.   Upon information and belief, at all times hereinafter, it was the duty of the

Defendant, NATIONAL REALTY & DEVELOPMENT CORP., its agents, servants and/or

employees to maintain the premises and parking lot, etc. in and around the aforesaid premises.

15.   At all times hereinafter, the Plaintiff, BRIDGET MONDELLI, was lawfully on the

premises of 470 NY-211E, Middletown, County of Orange, State of New York.

16.   At all times hereinafter mentioned, the parking lot at the aforementioned location

was the site of the within accident.

17.   On December 28, 2017, the Plaintiff slipped and fell at the business located at the

aforementioned location on a dangerous condition causing her to fall to the ground and sustain

severe and personal injuries.

18.   The Defendants, their agents, servants, and/or employees were negligent, wanton

reckless and careless, among other things by disregarding their duties, negligently and carelessly

permitted the parking lot of the aforesaid premises to fall become and remain in an unsafe and

dangerous condition, and maintained it improperly and dangerously; in allowing and permitting a

falling hazard to exist at the aforesaid premises; in failing to correct and/or remedy the aforesaid

conditions; in failing to inspect the aforesaid premises; in improperly and negligently maintaining,

inspecting and/or repairing the aforementioned premises; in allowing the premises to remain in a

dangerous and unsafe condition to persons legally upon same; in failing to observe that degree of

caution, prudence and care which was reasonable and proper so as to avoid the contingency which

occurred herein; in failing to warn the public, and plaintiff in particular, of the dangerous conditions

that existed; in failing to properly remove the ice; in failing to use proper signage; in having no

signs; in failing to correct and/or remedy the aforesaid condition; failing to take any measures to

prevent ice and ice accumulation and/or thaw and refreeze; and in other ways were negligent, wanton and reckless.

19.   By reason of the fully described negligence of the Defendants, the Plaintiff was severely and permanently injured which render her sick, sore and labeled disabled. The Plaintiff continues to suffer grievous pain and injuries that will continue to suffer.

20.   By reason of the foregoing the Plaintiff has damages in a sum which exceeds the jurisdictional limitations of all lower courts of the State of New York.

WHEREFORE, Plaintiff prays that they be awarded a judgment against Defendants, in an amount to be determined by a jury; together with the costs and disbursements of this action, and for such other and further relief as to this Court may deem just and proper.

Dated: January 9, 2020
       New Windsor, New York

NOREEN CALDERIN, ESQ.
Forrester & Calderin PLLC
3262 Route 9W
New Windsor, New York 12553
(845) 562-7570

FILED: ORANGE COUNTY CLERK 01/10/2020 12:58 PM
NYSCEF DOC. NO. 1

INDEX NO. EF000262-2020
RECEIVED NYSCEF: 01/10/2020

VERIFICATION

STATE OF NEW YORK        )
                         )
COUNTY OF ORANGE         )

BRIDGET MONDELLI, being duly sworn, deposes and says:

That I am the  Plaintiff in the within action; that I have read the annexed Summons and Verified Complaint and know the contents thereof; that the same is true to my own knowledge, except to those allegations which are stated upon information and belief, and as to those matters, I believe them to be true.

*Bridget Mondelli*

BRIDGET MONDELLI

Sworn to before me this
9th day of January, 2020

*Elizabeth A. Siegel*

Notary Public

ELIZABETH A. SIEGEL
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 6008006
Qualified in Ulster County
Commission Expires 02/18/20 23

SUPREME COURT STATE OF NEW YORK
COUNTY OF ORANGE

BRIDGET MONDELLI

Plaintiff,

-against-

WAL-MART STORES INC/OR

Defendant.

SUMMONS AND COMPLAINT