UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Mondelli,

                                        Plaintiff(s),

                                                                **O R D E R**

                -against –

                                                                7:20-CV-03564 (CS)

Walmart Stores, Inc., et al.,

                                        Defendant(s).
-------------------------------------------------------------X
Seibel, J.

       It having been reported to this Court that the claims in this case have been settled, IT IS
HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,
however, that if settlement is not consummated within thirty days of the date of this order,
Plaintiff may apply by letter within the thirty-day period for restoration of the action to the
Calendar of the undersigned, in which event the action will be restored.

       **SO ORDERED**.

Dated: November 18, 2021

      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.